UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Shoira Abduganieva, individually and on behalf of all others similarly situated;

                Plaintiff,

                -against-

ARS National Services, Inc.

                Defendant(s).
-------------------------------------------------------------------------x

Case No: 1:20-cv-05106-JGK

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND ARS NATIONAL SERVICES, INC. AND [PROPOSED] ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 9/16/2020

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant ARS National Services, Inc. only, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: September 15, 2020

                                                **HOROWITZ LAW, PLLC**

                                                Uri Horowitz
                                                14441 70th Road
                                                Flushing, NY 11367
                                                Phone: (718) 705-8706
                                                uri@horowitzlawpllc.com

                                                *Attorney for Plaintiff Shoira Abduganieva*

Dated: September 15, 2020

KAUFMAN DOLOWICH & VOLUCK, LLP

_____
Richard J. Perr, Esq.
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: 215-501-7002
rperr@kdvlaw.com

*Counsel for ARS National Services, Inc.*

SO ORDERED:

_/s/ John G. Koeltl_ /U.S.D.J.
JUDGE, U.S. District Court
Southern District of New York

The Clerk is directed to close this case.
So ordered.
/s/ John G. Koeltl
9/16/20.  U.S.D.J.